1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   BILLY RAE SHANEE MALDONADO,            Case No.  2:21-cv-02172-KJM-JDP (PC)

10                 Plaintiff,              FINDINGS AND RECOMMENDATIONS
                                           THAT PLAINTIFF'S APPLICATION TO
11           v.                            PROCEED IN FORMA PAUPERIS BE
                                           DENIED AND HE BE DIRECTED TO
12   STATE OF CALIFORNIA, *et al.*,        TENDER THE FILING FEE IN ORDER TO
                                           PROCEED WITH THIS ACTION
13                 Defendants.
                                           ECF No. 2
14
                                           FOURTEEN-DAY DEADLINE TO FILE
15                                         OBJECTIONS

16

17

18

19          Plaintiff previously filed a complaint, ECF No. 1, and a request to proceed *in forma*

20   *pauperis*, ECF No. 2.  After reviewing his litigation history, I concluded that he was a "three-

21   striker" within the meaning of Title 28 U.S.C. § 1915(g).[1]  ECF No. 6.  I also found that his

22   _____

23          [1] Plaintiff has filed at least three cases that have been dismissed for failure to state a claim:

24                 (1) *Maldonado v. Yates*, No. 1:11-cv-01735-LJO-GSA (E.D. Cal. 2013);

25                 (2) *Maldonado v. Trimble*, No. 1:11-cv-02160-LJO-DLB (E.D. Cal. 2013); and

26                 (3) *Maldonado v. Yates*, No. 1:11-cv-01885-AWI-JLT (E.D. Cal. Jan. 17, 2014).

27          I note that Judge Nunley recently adopted recommendations denying plaintiff's

28   application to proceed *in forma pauperis* based on these three cases.  *See Maldonado v. Kebler*,

complaint, which was largely illegible, did not make a showing of imminent danger of serious physical injury.  *Id.*  I offered plaintiff an opportunity to amend his complaint and explain why he met the exception.  *Id.*  Plaintiff filed a reply declining my offer and stating his desire to stand by his original complaint.  ECF No. 7.  Accordingly, I RECOMMEND that:

        1.       Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED.

        2.       Plaintiff be directed to pay the $405 dollar filing fee within twenty-one days of any order adopting these recommendations to proceed with this action.

        I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Plaintiff may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time may result in the waiver of rights on appeal.  *See Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.


Dated:   __May 10, 2022__              _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

---

No. 2:21-cv-1243-TLN-DB (E.D. Cal. 2021) at ECF Nos. 8 & 11.