UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHANEE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-02172-KJM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 11 |

Plaintiff has filed a motion for an extension of time to file objections to the June 13, 2022 findings and recommendations. ECF No. 11. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 11, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the June 13, 2022 findings and recommendations.

IT IS SO ORDERED.

Dated:  June 29, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE