UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAE SHANEE MALDONADO, | No. 2:21-cv-02172-KJM-JDP (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 13, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 13, 2022, are adopted in full;

2. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is denied;

3. Plaintiff is directed to pay the $402 filing fee within twenty-one days of the date of this order; and

4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  September 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE